1016

[No. 321-3.   Division Three.   November 10, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE CHARLES STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 16077, Lloyd L. Wiehl, J., entered December 8, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 280-3.   Division Three.   November 12, 1971.]

WILLIAM H. TIMMERMAN, *Respondent*, v. ROBERT S. HOOD *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 52297, Blaine Hopp, Jr., J., entered June 26, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 887-1.   Division One—Panel 1.   November 15, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LINDY HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 54645, Robert M. Elston, J., entered November 23, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 268-3.   Division Three.   November 18, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY MICHAEL RENO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 19338, Ralph P. Edgerton, J., entered July 10, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.